THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**EVERY RICHARDSON, ADC #139311**                                                              **PLAINTIFF**

v.                                    Case No. 5:19-cv-00188-KGB

**ESTELLA BLAND, Advanced Nurse Practitioner, and**
**CORRECT CARE SOLUTIONS**                                                                    **DEFENDANTS**

## ORDER

Before the Court is the Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 4). In her Recommended Disposition, Judge Deere recommends that the Court dismiss with prejudice plaintiff Every Richardson's claims against defendants Estella Bland and Correct Care Solutions. After careful consideration, the Court declines to adopt all of Judge Deere's recommendations. Specifically, although the Court agrees with Judge Deere that Mr. Richardson's deliberate-indifference claims should be dismissed with prejudice, the Court finds that Mr. Richardson has plead a non-frivolous claim of retaliation against Ms. Bland. This claim was not litigated in *Richardson v. Kelley*, 5:17-cv-00335-JM, and, therefore, this claim is not barred by the doctrine of res judicata.

Accordingly, the Court finds that, for screening purposes, Mr. Richardson has stated a retaliation claim against Ms. Bland, and service is now proper on Ms. Bland. The Clerk of Court is directed to prepare a summons for Ms. Bland. The United States Marshal is directed to serve a copy of the complaint (Dkt. No. 1), with any attachments (Dkt. Nos. 2–3), and a summons for this defendant without requiring prepayment of fees and costs or security. Service for Ms. Bland should be through Humphries, Odum & Eubanks, 1901 Broadway Street, Little Rock, Arkansas 72206.

In all other respects, the Court adopts the Recommended Disposition as this Court's findings of fact and conclusions of law (Dkt. No. 4). The Court dismisses with prejudice Mr. Richardson's deliberate-indifference claims. The Court dismisses as a defendant Correct Care Solutions.

It is so ordered this 22nd day of January, 2020.

*Kristine G. Baker*

Kristine G. Baker
United States District Judge