**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**EVERY RICHARDSON**                                                                                    **PLAINTIFF**
**ADC #139311**

**v.**                                     **Case No. 5:19-cv-00188-KGB**

**ESTELLA BLAND**                                                                                        **DEFENDANT**

**ORDER**

Before the Court is the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Beth Deere (Dkt. No. 32).  Judge Deere issued her Recommendation on May 12, 2021.  Plaintiff Every Richardson did not respond, and the time for doing so has passed.  After careful consideration and a review of the record, the Court adopts the Recommendation as this Court's findings in all respects (*Id.*)

The Court grants defendant Estella Bland's motion for summary judgment and dismisses with prejudice Mr. Richardson's retaliation claims against Ms. Bland (Dkt. Nos. 2; 24).

It is so ordered this 1st day of March, 2022.

Kristine G. Baker
United States District Judge