# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**EVERY RICHARDSON**                                                                  **PLAINTIFF**
**ADC #139311**

**v.**                          **Case No. 5:19-cv-00188-KGB**

**ESTELLA BLAND**                                                                  **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Every Richardson's complaint is dismissed (Dkt. No. 2). The Court denies the requested relief.

It is so adjudged this 1st day of March, 2022.

_____
Kristine G. Baker
United States District Judge